**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

vs.                                              CASE NO. 8:05-CR-26-T-17-TBM

EUSTAQUIO YESQUEN AGUIRRE and
SILVIO VENTE
_____ /

**ORDER**

This cause is before this Court on the defendant Eustaquio Yesquen Aguirre's Motion to Dismiss Indictment for Failure to Determine Nationality of Vessel as Required by 46 U.S.C.A. § 1903, and for Failure to Notify Defendant of his Right to Contcat the Colombian Embassy pursuant to the Vienna Convention on Consular Relations 21 U.S.T. 77 (Docket No. 51), as adopted by defendant Silvio Vente, and response thereto (Docket No. 62). The Court having reviewed the motion and the response find the response persuasive and it is adopted by reference herein. Accordingly, it is

**ORDERED** that the defendants' Motion to Dismiss Indictment for Failure to Determine Nationality of Vessel as Required by 46 U.S.C.A. § 1903, and for Failure to Notify Defendant of his Right to Contcat the Colombian Embassy pursuant to the Vienna Convention on Consular Relations 21 U.S.T. 77 (Docket No. 51) be **denied**.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 29th day of April, 2005.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record